EDWARD W. BERGER, Respondent, *v.* CAROLINE D. BERGER, Appellant.

*Berger* v. *Berger*, 142 App. Div. 936, affirmed.
(Argued May 17, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1911, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for divorce.

*Thomas J. Bannon* and *Franklin Bien* for appellant.

*Edo E. Mercelis* for respondent. ·

Judgment affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.